AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JUN 1 2 2008

UNITED STATES OF AMERICA

v.

JOSE ARMANDO VIERA-TORRES

**WAIVER OF INDICTMENT**

CASE NUMBER: ___08CR1928-IEG___

     I, __JOSE ARMANDO VIERA-TORRES__ , the above named defendant, who is accused of

committing the following offense:

     Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___6/17/08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
           Judicial Officer